# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 15-121-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| WILLIAM WOODROW SPRINGFIELD, SR., | |
| Defendant. | |

Upon the United States' Unopposed Motion to Dismiss Indictment with Prejudice (Doc. 54), and good cause being shown,

IT IS HEREBY ORDERED that the indictment is **DISMISSED** with prejudice.

The Clerk of Court shall forthwith notify the parties of the making of this Order.

DATED this 28th day of September, 2016.

SUSAN P. WATTERS
United States District Judge

1